# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

GWENDOLYN FAIRLEY,

    Plaintiff,

v.                                          CASE NO. 1:13-cv-00107-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 5, 2014. (Doc. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed objections at Doc. 17. I have made a de novo review based on those objections. Defendant then filed a motion for leave to file an out-of-time reply to Plaintiff's objections. (Doc. 18). Defendant attached to the motion a copy of the proposed reply. Although Defendant's reply would be untimely pursuant to Federal Rule of Civil Procedure 72(b)(2), the motion indicates that Plaintiff's counsel has no objection to Defendant's motion. As such, this Court has considered Defendant's reply.

Having considered the Report and Recommendation, Plaintiff's timely filed objections, and Defendant's out-of-time reply, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      Defendant's motion for leave (doc. 18) is GRANTED.

2.      The Magistrate Judge's Report and Recommendation (Doc. 16) is adopted and incorporated by reference in this order.

3.      The decision of the Commissioner, denying benefits, is AFFIRMED.

**DONE AND ORDERED** this   *23rd* day of September, 2014

 *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge